UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEFFERY WILLIAMS,

                    Plaintiff,

        v.                                                    **ORDER**

ORCHARD HOSPITALITY GROUP LLC d/b/a            25-cv-05954 (ER)
SMASHED EAST VILLAGE, *and* 88 THIRD
REALTY LLC,

                    Defendants.

RAMOS, D.J.

        On July 21, 2025, Jeffery Williams filed a complaint against Orchard Hospitality Group

LLC and 88 Third Realty LLC, alleging violations of disability access laws.  Doc. 1.

Summonses were issued on July 22, 2025, but since then, there has been no activity in the case.

        Williams is instructed to submit a status letter by **April 16, 2026**.  Failure to comply

could result in the Court dismissing the case pursuant to Federal Rule of Civil Procedure 4(m).

        It is SO ORDERED.

Dated:  April 9, 2026
        New York, New York

                                                    _____
                                                    Edgardo Ramos, U.S.D.J.