GLPC LAW OFFICE OF GABRIEL A. LEVY, P.C.

1129 Northern Boulevard. Suite 404, Manhasset, NY 11030 Glevy@glpcfirm.com (347) 941-4715

**MEMO ENDORSED**

August 10, 2026

Hon. Judge Edgardo Ramos
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

RE: **WILLIAMS v. ORCHARD HOSPITLITY GROUP LLC, et al.**
**DOCKET NO. 1:25-cv-5954**

Dear Judge Ramos:

The undersigned represents Jeffery Williams, the plaintiff in the above-referenced matter. I write to provide the Court with a status update and to request a 30-day extension of time to reopen this matter.

Plaintiff provided Defendant with the proposed settlement agreement on June 11, 2026. The parties have agreed to the material settlement terms, but are still awaiting Defendant's comments, if any. The undersigned therefore respectfully request that the deadline to reopen this matter be extended by thirty days to permit completion of the settlement.

Thank you for your time and consideration on this matter.

The request is granted. The deadline to file any application to reopen is extended to September 10, 2026.

SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: August 12, 2026
New York, New York

Respectfully,

Gabriel A. Levy